# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0825
LT Case No. 2018-CA-013685

_____

LINDA RABER and CECIL RABER,

    Appellants,

    v.

STATE FARM FLORIDA
INSURANCE COMPANY,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Michelle L. Naberhaus, Judge.

Matthew Struble, of Struble, P.A., Indialantic, for Appellants.

Scot E. Samis, C. Ryan Jones, and Brandon R. Christian, of
Traub Leiberman Straus & Shrewsberry LLP, St. Petersburg, for
Appellee.


July 9, 2024

PER CURIAM.

    AFFIRMED.


SOUD, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____